# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AHKEEM D. WILLIAMS, | Case No. 1:23-cv-00854-ADA-SAB |
|---|---|
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | |
| KINGS COUNTY SUPERIOR COURT, et al., | |
| Defendants. | (ECF Nos. 4, 5) |

Plaintiff Ahkeem D. Williams ("Plaintiff"), proceeding pro se and in forma pauperis, initiated this civil rights action pursuant to 42 U.S.C. 1983 on June 5, 2023, against the Kings County Superior Court, Coney P., a supervising court clerk, and a DOE court clerk (collectively, "Defendants"). (ECF No. 1.) On July 5, 2023, the Court screened the complaint and issued findings and recommendations to dismiss the case, without prejudice, for failure to state a claim. (ECF No. 4.) Plaintiff's objections were due by July 26, 2023. (See id. at 7.)

On July 13, 2023, Plaintiff filed a notice of dismissal. (ECF No. 5.) In light of the notice of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The July 5, 2023 findings and recommendations (ECF No. 4) are VACATED; and

///

///

1

1  2. The Clerk of the Court is HEREBY DIRECTED to close the case and adjust the
2  docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **July 18, 2023**

UNITED STATES MAGISTRATE JUDGE